IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRETT ALAN SHEARD,<br><br>    Plaintiff<br><br>    vs.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA, *et al.*,<br><br>    Defendants | CIVIL NO. 1:CV-15-0612<br><br>(Judge Caldwell) |

*O R D E R*

AND NOW, this 16th day of July, 2015, upon consideration of the Plaintiff's Motion for Reconsideration (Doc. 12), it is ordered that the motion is denied.

                                                  /s/ William W. Caldwell
                                                  William W. Caldwell
                                                  United States District Judge